$20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of CHARLES H. SIHLER, a Bondholder of Textile Properties, Inc., to Be Relieved of the Effect of an Order Made and Entered in an Action in the Supreme Court, New York County, Respondent. TEXTILE REALTY CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of the Arbitration between S. MAKRANSKY & SONS, INC., Appellant, and UNIVERSAL SALES, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ UNITED INDUSTRIAL SYNDICATE, INC., Respondent-Appellant, v. WALTER W. WEISMANN et al., Appellants-Respondents, et al., Defendants.— Insofar as the order appealed from allows the examination of defendants Weismann, Devine and Frankenstein, it is unanimously affirmed. The right to refuse to answer questions on the ground that it might tend to incriminate is a personal one and may be claimed at the time the questions are asked (*Heit & Weisenthal* v. *Licht*, 218 App. Div. 753). Insofar as the order denies an examination of the corporate defendant, it is unanimously reversed and an examination is allowed as to items 1 to 44, inclusive. No specific objection is made as to any particular item, but it is urged that no further examination is necessary, since the corporate defendant was examined before trial in a prior action and one of its officers was extensively cross-examined at the trial. The pleadings and issues in the present action are not the same as in the prior action which was tried six years ago. In the circumstances there is no reason why plaintiff should be limited to the testimony given by the corporate defendant on the prior examination. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. DUNN, as Treasurer of the Bail Fund of the Civil Rights Congress of New York, et al., Respondents, and RABINOWITZ & BOUDIN, Appellants.— Order unanimously affirmed, without costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. DUNN, as Treasurer of the Bail Fund of the Civil Rights Congress of New York, et al., Respondents, and LINDER & MAYER, Appellants.— Orders unanimously affirmed, without costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ GRAYSON-ROBINSON STORES, INC., v. SAM COURTNEY et al., Individually and as Copartners Doing Business under the Name of COURTNEY TRUCKING COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Cox, JJ. [See 1 A D 2d 947.]

■ RITA NAIMAN v. NIAGARA FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Cox and Bastow, JJ. [See 1 A D 2d 946.]

■ ABRAHAM MENDELSON et al., Individually and as Copartners Doing Business under the Name of PLAZA PAINT SUPPLY COMPANY, v. ISAAC S. HELLER et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, J. P., Frank, Valente and Bergan, JJ. [See 1 A D 2d 951.]